IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ARK-LA-TEX FINANCIAL SERVICES, LLC, d/b/a BENCHMARK MORTGAGE BENCHMARK LENDING, BENCHMARK HOME LOANS, and UNITED LENDING**<br><br>*Plaintiffs,*<br><br>v.<br><br>**DAVID MCMILLAN, MICHAEL BRANDT, ASHLEY ANDERSON, SILVIA WARD, JANE JAMES, KEVIN KRHOVJAK, CMIT SOLUTIONS, LLC, and ZUTIXE, LLC**<br><br>*Defendants.* | **CIVIL ACTION NO. 1:21-CV-454** |

## DEFENDANTS' NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned individuals enter their appearance as counsel in the above-captioned matter on behalf of Defendants Zutixe, LLC and Kevin Krhovjak (collectively, "Defendants"). All pleadings, discovery, correspondence and other materials may be served upon the undersigned counsel at the address listed below.

Respectfully submitted,

*/s/ Hilary L. Preston*
HILARY L. PRESTON
State Bar. No. 24062946
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone:  512.542.8498
Facsimile:   917.849.5342
E-Mail: hpreston@velaw.com

PAGE 1

E. PHILADELPHIA TENNANT
State Bar No. 24093248
PARKER HANCOCK
State Bar No. 24108256
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone:  713.758.2378
Facsimile:   713.615.5129
E-Mail: eptennant@velaw.com
E-Mail: phancock@velaw.com

**ATTORNEYS FOR DEFENDANTS, ZUTIXE, LLC AND KEVIN KRHOVJAK**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2021, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF System and was automatically copied to all counsel of record through the Court's electronic filing system.

*/s/ Hilary L. Preston*
Attorney for Defendants Zutixe, LLC and Kevin Krhovjak